```
PILLSBURY WINTHROP SHAW PITTMAN LLP
THOMAS V. LORAN III #95255
Thomas.loran@pillsburylaw.com
JEFFREY S. JACOBI # 252884
jeffrey.jacobi@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA  94111
Telephone: (415) 983-1000
Facsimile No.: (415) 983-1200

    Attorneys for Plaintiff
    Performant Financial Corporation
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PERFORMANT FINANCIAL CORPORATION, a Delaware corporation,<br><br>                        Plaintiff,<br><br>    vs.<br><br>PERFORMANT SYSTEMS GROUP, LLC, a Michigan limited liability company d/b/a Performant Systems Group; and DOES 1-50, inclusive,<br><br>                        Defendants. | No. 3:13-cv-05876-NC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE (L.R. 6-1)<br><br>Complaint Filed:  December 18, 2013<br>Complaint Served: December 23, 2013<br>Current Response Date: February 12, 2014<br>New Response Date: August 11, 2014<br><br>Magistrate Judge Nathanael Cousins |

WHEREAS, Plaintiff <u>PERFORMANT FINANCIAL CORPORATION</u> caused the Summons and Complaint in this action to be served on Defendant <u>PERFORMANT SYSTEMS GROUP, LLC</u> on December 23, 2013;

WHEREAS, in accordance with Federal Rule of Civil Procedure 12(a), Defendant's response to the Complaint was due within twenty-one days after the December 23, 2013 service of the Summons and Complaint, or on January 13, 2014;

1  WHEREAS, because the parties desired time to continue to discuss an informal
2  resolution of this matter, Defendant requested and Plaintiff agreed to a thirty-day extension
3  of time, until and including February 12, 2014, within which Defendant must respond to the
4  Complaint, and the parties filed herein on January 8, 2014 their initial Stipulation To
5  Extend Time To Respond To Initial Complaint (Doc. 10), which extended Defendant's time
6  to respond to the complaint by thirty days, from January 13, 2014 until and including
7  February 12, 2014;
8  WHEREAS, following entry of the aforesaid Stipulation, the parties reached a
9  conditional settlement;
10  WHEREAS, to allow for time for the completion and satisfaction of the specified
11  conditional settlement terms without incurring further costs of litigating this matter,
12  Defendant has requested and Plaintiff has agreed to an extension of time within which
13  Defendant must respond to the Complaint of one hundred and eighty (180) days, until and
14  including August 11, 2014;
15  WHEREAS, the parties anticipate at this time that all of the settlement conditions
16  will be fulfilled and that no further extensions of time within which Defendant must
17  respond to the Complaint will be necessary or requested;
18  WHEREAS, this extension will alter the date of deadlines previously fixed by this
19  Court's order of December 19, 2013 (Doc. 5), including the date of the initial Case
20  Management Conference in this action, which is currently set for March 19, 2014;
21  NOW THEREFORE, it is hereby stipulated, by and between the undersigned
22  counsel for the parties herein, that:
23  1.  Defendant Performant Systems Group, LLC shall have until and including
24      August 11, 2014 to respond to Plaintiff Performant Financial Corporation's
25      Complaint;
26  2.  The initial Case Management Conference shall be continued from its current date of
27      March 19, 2014 at 10:00 AM to September 17, 2014 at 10:00 AM; and
28  //

| | |
|---|---|
| 1 | 3. All deadlines related to the Case Management Conference shall be continued |
| 2 | accordingly. |
| 3 | Dated: February 11, 2014 |

PILLSBURY WINTHROP SHAW PITTMAN LLP
THOMAS V. LORAN III
JEFFREY S. JACOBI
Four Embarcadero Center, 22nd Floor
San Francisco, CA  94111

By _____/s/ *Jeffrey S. Jacobi*_____
Jeffrey S. Jacobi
Attorneys for Plaintiff
PERFORMANT FINANCIAL CORPORATION

Dated: February 11, 2014

DICKINSON WRIGHT PLLC
JOHN C. BLATTNER
350 S. Main Street, Suite 300
Ann Arbor, MI 48104

By _____/s/ *John C. Blattner*_____
John C. Blattner
Attorney for Defendant
PERFORMANT SYSTEMS GROUP, LLC

**ATTESTATION OF SIGNATURE**

**(N.D. Cal. General Order 45)**

I, Jeffrey S. Jacobi, hereby attest that concurrence in the filing of this document entitled STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE (L.R. 6-1) has been obtained from all of the signatories.

Dated:  February 11, 2014          By _____/s/ *Jeffrey S. Jacobi*_____
Jeffrey S. Jacobi

1 **<u>ORDER</u>**

2   Upon consideration of the parties' stipulation and good cause appearing, IT IS

3 HEREBY ORDERED THAT:

4   1. Defendant Performant Systems Group, LLC shall have until and including August

5      11, 2014 to respond to Plaintiff Performant Financial Corporation's Complaint;

6   2. The initial Case Management Conference shall be continued from its current date of

7      March 19, 2014 at 10:00 AM to September 17, 2014 at 10:00 AM; and

8   3. All deadlines related to the Case Management Conference shall be continued

9      accordingly.

11   Dated:  February 24, 2014

14   The Honorable
15   U.S. Magistrate Judge Nathanael M. Cousins

[GRANTED — signed, United States District Court, Northern District of California seal]