| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | THOMAS V. LORAN III #95255 |
| 2 | Thomas.loran@pillsburylaw.com |
|   | JEFFREY S. JACOBI # 252884 |
| 3 | jeffrey.jacobi@pillsburylaw.com |
|   | Four Embarcadero Center, 22nd Floor |
| 4 | San Francisco, CA  94111 |
|   | Telephone: (415) 983-1000 |
| 5 | Facsimile No.: (415) 983-1200 |
| 6 | Attorneys for Plaintiff |
|   | Performant Financial Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| PERFORMANT FINANCIAL CORPORATION, a Delaware corporation, | ) ) ) | No. 3:13-cv-05876-NC |
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE (L.R. 6-1) |
| vs. | ) ) ) | |
| PERFORMANT SYSTEMS GROUP, LLC, a Michigan limited liability company d/b/a Performant Systems Group; and DOES 1-50, inclusive, | ) ) ) ) ) | Complaint Filed:  December 18, 2013 |
| Defendants. | ) ) ) ) ) | Complaint Served: December 23, 2013 Current Response Date: August 11, 2014 New Response Date: September 11, 2014 |
| | ) | Magistrate Judge Nathanael Cousins |

WHEREAS, Plaintiff PERFORMANT FINANCIAL CORPORATION caused the Summons and Complaint in this action to be served on Defendant PERFORMANT SYSTEMS GROUP. LLC on December 23, 2013; and

WHEREAS, in accordance with Federal Rule of Procedure 12(a), Defendant's response to the Complaint was due within twenty-one days after the December 23, 2013 service of the Summons and Complaint or on January 13, 2014; and

1  WHEREAS, in order to discuss an informal resolution of this matter, the parties
2  filed herein on January 8, 2014, their initial Stipulation To Extend Time To Respond To
3  Initial Complaint (Doc. 10), which extended Defendant's time to respond to the Complaint
4  by thirty days, from January 13, 2014, until and including February 12, 2014; and
5  WHEREAS, following entry of the aforesaid Stipulation, the parties reached a
6  conditional settlement; and
7  WHEREAS, to allow time for the completion and satisfaction of the specified
8  conditional settlement terms without incurring further costs of litigating this matter, the
9  parties filed herein their second Stipulation To Extend Time To Respond To Initial
10  Complaint (Doc. 11), which extended Defendant's time to respond to the Complaint by one
11  hundred eighty (180) days, from February 12, 2014, until and including August 11, 2014;
12  and
13  WHEREAS, to allow time for Plaintiff to ascertain Defendant's fulfillment of the
14  specified conditional settlement terms, Defendant has requested and Plaintiff has agreed to
15  an extension of time within which Defendant must respond to the Complaint of thirty (30)
16  days, until and including September 11, 2014; and
17  WHEREAS, the parties anticipate at this time that fulfillment of all of the settlement
18  conditions will be confirmed and that no further extensions of time within which Defendant
19  must respond to the Complaint will be necessary; and
20  WHEREAS, this extension will alter the dates of deadlines previously fixed by this
21  Court's order of December 19, 2013 (Doc. 5), including the date of the initial Case
22  Management Conference in this action, which is currently set for September 17, 2014;
23  NOW THEREFORE, it is hereby stipulated by and between the undersigned
24  counsel for the parties herein, that:
25  1. Defendant Performant Systems Group, LLC, shall have until and including
26  September 11, 2014, to respond to Plaintiff Performant Financial Corporation's
27  Complaint;
28

1  2. The initial Case Management Conference shall be continued from its current date
2     of September 17, 2014, at 10:00 a.m. to October 15, 2014, at 10:00 a.m.; and
3  3. All deadlines related to the Case Management Conference shall be continued
4     accordingly.

Dated: August 12, 2014

> PILLSBURY WINTHROP SHAW PITTMAN LLP
> THOMAS V. LORAN III
> JEFFREY S. JACOBI
> Four Embarcadero Center, 22nd Floor
> San Francisco, CA  94111
>
> By _____/s/ *Jeffrey S. Jacobi*_____
>       Jeffrey S. Jacobi
>       Attorneys for Plaintiff
>       PERFORMANT FINANCIAL
>       CORPORATION

Dated: August 12, 2014

> DICKINSON WRIGHT PLLC
> JOHN C. BLATTNER
> 350 S. Main Street, Suite 300
> Ann Arbor, MI 48104
>
> By _____/s/ *John C. Blattner*_____
>       John C. Blattner
>       Attorney for Defendant
>       PERFORMANT SYSTEMS
>       GROUP, LLC

**ATTESTATION OF SIGNATURE**

**(N.D. Cal. General Order 45)**

I, Jeffrey S. Jacobi, hereby attest that concurrence in the filing of this document entitled STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE (L.R. 6-1) has been obtained from all of the signatories.

Dated:  August 12, 2014           By _____/s/ *Jeffrey S. Jacobi*_____
                                        Jeffrey S. Jacobi

**ORDER**

Upon consideration of the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED THAT:

1. Defendant Performant Systems Group, LLC shall have until and including September 11, 2014 to respond to Plaintiff Performant Financial Corporation's Complaint;
2. The initial Case Management Conference shall be continued from its current date of September 17, 2014 at 10:00 AM to October 15, 2014 at 10:00 AM; and
3. All deadlines related to the Case Management Conference shall be continued accordingly.

Dated: August 15, 2014

The Honorable
U.S. Magistrate

GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA